UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GEORGE MILES,

                Plaintiff,

    -against-

N.Y.C.T.A.,

                Defendants.
------------------------------------------------------------x

NOT FOR PUBLICATION

**ORDER**
97 CV 2600 (CPS) (JLC)

AMON, Chief United States District Judge.

    Plaintiff George Miles has filed a motion to reopen the above-captioned matter. This case was dismissed on consent almost fifteen years ago, (see docket entry #10), and the plaintiff's instant submission does not contain any reasons or legal authorities that support reopening the case. Accordingly, the motion is denied.

    SO ORDERED.

                                                    S/Carol B. Amon

                                                    CAROL B. AMON
                                                    Chief United States District Judge

Dated: Brooklyn, New York
        May 24, 2012